DGR:BDM
F.#: 2023V04176

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

          Plaintiff,

          -against-

APPROXIMATELY FIVE HUNDRED FORTY-ONE THOUSAND NINE HUNDRED FIFTY-THREE DOLLARS AND ZERO CENTS ($541,953.00) SEIZED FROM JP MORGAN CHASE NA ACCOUNT NUMBER 928805297 HELD IN THE NAME OF JIAWIG TRADE INC, AND ALL PROCEEDS TRACEABLE THERETO.

          Defendant In Rem.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**WARRANT FOR ARREST
OF ARTICLES IN REM**

Civil Action No. 23-CV-9585

TO THE UNITED STATES SECRET SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

          WHEREAS, an Amended Verified Complaint In Rem was filed on or about February 22, 2024, in the United States District Court for the Eastern District of New York, alleging that approximately five hundred forty-one thousand nine hundred fifty-three dollars and zero cents ($541,953.00) seized from JP Morgan Chase Bank, NA account number 928805297 held in the name of Jiawig Trade Inc, and all proceeds traceable thereto (the "Defendant Funds") is subject to forfeiture to the United States, in accordance with (a) 18 U.S.C. § 981(a)(1)(C), as property constituting or derived from proceeds of a wire fraud scheme, in violation of 18 U.S.C. § 1343; and (b) 18 U.S.C. § 981(a)(1)(A), as property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, or property traceable to such property; and

WHEREAS, the Court being satisfied that, based upon the Amended Verified Complaint, there is probable cause to believe that the Defendant Funds constitute property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 981(a)(1)(A), and that grounds exist for the issuance of a warrant for arrest of articles in rem, pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules").

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the Defendant Funds and use discretion and whatever means appropriate to protect and maintain the Defendant Funds; and

IT IS FURTHER ORDERED THAT you shall provide notice of this action to all persons thought to have an interest in or claim against the Defendant Funds by serving upon such persons a copy of this warrant, and a copy of the Amended Verified Complaint In Rem, in a manner consistent with the principles of service of process in an action in rem under the Supplemental Rules G(4)(b) of the Supplemental Rules and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, www.forfeiture.gov, in accordance with the customs and practice of this district and pursuant to Supplemental Rule G(4)(a);

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed; and

NOTICE IS HEREBY GIVEN that in order to avoid forfeiture of the Defendant Funds, any person claiming an interest in, or right against, the Defendant Funds shall file a verified claim identifying the specific property claimed by the claimant and

2

stating the claimant's interest in the property.  The verified claim must be signed by the claimant under penalty of perjury, in the manner set forth in Supplemental Rule G(5)of the Supplemental Rules and the Federal Rules of Civil Procedure, except that in no event may such claim be filed later than thirty-five (35) days after service of the Amended Verified Complaint, or as applicable, not later than thirty (30) days after the date of final publication of notice of the filing of this action. All claimants must also file an answer to the Amended Verified Complaint or motion under Fed. R. Civ. P. 12 within twenty-one (21) days after the filing of the claim.  All claims and answers must be filed with the Office of the Clerk, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, with a copy thereof sent to Assistant United States Attorney Brian D. Morris, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated:   Brooklyn, New York

_____, 2024

_____
THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK